# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF THE STATE OF TEXAS

IN RE: ) Case No. 89-13314
Marhil Manufacturing, Inc. and AFTAB ) (Chapter 7)
Partnership, )
)
DEBTOR )

## APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

FILED OCT 0 2 2009 U.S. BANKRUPTCY COURT BY ___ DEPUTY

Bettina Whyte (the "Claimant as TRUSTEE") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make **two distributions (2/13/06 & 8/21/09)** from the estate to the Claimant in the amount of approximately $6,936.32. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Bettina Whyte
(SSN # 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)

By: _____
J. Armstrong Duffield
3855 S. Boulevard, Suite 200
Edmond, OK 73013
(405) 341-9001

CERTIFICATE OF MAILING

       I hereby certify that on September 28, 2009 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Frost Bank Plaza
816 Congress, Suite 1000
Austin, TX 78701

_____
J. Armstrong Duffield

# LIMITED POWER OF ATTORNEY

Bettina Whyte, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints J Armstrong Duffield, 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

<u>ONLY</u> to recover cash or cash equivalents specifically arising from a bankruptcy that belong to the Principal, in the amount of $6,272.01 and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 27 day of August, 2009

PRINCIPAL:
Bettina Whyte,
Tax ID# 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

By: [signature]
Title: _____

Principal's Address:

c/o Bridge, 747 Third Avenue,
Suite 32A
New York, NY 10017
(212) 207-4710

ACKNOWLEDGMENT

STATE OF  New York  )
COUNTY OF  Kings  )

Before me a Notary Public, in and for said County and State on this 29th day of August, 2009 personally appeared Bettina M. Whyte to me known to be the identical person who subscribed his/her name to the foregoing instrument as its acknowledgement, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: July 30, 2011

[signature: Melissa Williams]
Notary Public

**MELISSA WILLIAMS**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 01WI6171699
Qualified in Kings County
My Commission Expires July 30, 2011



**BRIDGE ASSOCIATES LLC**

**Bettina M. Whyte**
Chairman, Advisory Board

747 Third Avenue
Suite 32A
New York, NY 10017
www.bridgellc.com

tel 212.207.4710
cell 917.826.8781
fax 212.207.9294
bwhyte@bridgellc.com

NEW YORK • CHICAGO • CLEVELAND • DALLAS • TAMPA • TULSA

TX-10
(Rev'd 1/92)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### Austin Division

| | |
|---|---|
| **In re:** § | |
| § | |
| **MARHIL MANUFACTURING, INC.** § | **Case No. 89-13314-FRM** |
| § | |
| § | |
| § | |
| **Debtor(s).** § | |

## REPORT OF UNCLAIMED DIVIDENDS

More than ninety (90) days have passed since the final distribution, and the dividends payable to the creditors listed on Exhibit "A" hereto remain unclaimed. Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his check in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: February 13, 2006       /s/ RANDOLPH N. OSHEROW
                               RANDOLPH N. OSHEROW, Trustee
                               State Bar No. TX15335500
                               342 West Woodlawn, Suite 300
                               San Antonio, TX 78212
                               (210) 738-3001

# EXHIBIT "A"

Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Bettina M. Whyte<br>2715 Albans Rd.<br>Houston, TX 77005 | 2 | 664.31 |
| Ken E. Mackey, P.C.<br>919 Congress Ave., Suite 1100<br>Austin, TX 78701 | 1 | 6,129.35 |
| Sheinfeld, Maley & Kay, P.C.<br>1700 Pacific Ave.<br>Dallas, TX 75201 | 4 | 7,202.47 |
| Flame-Spray Industries, Inc.<br>152 Haven Avenue<br>Port Washington, NY 11050 | 9 | 1,047.17 |
| Sunbelt Metal Service, Inc.<br>South Loop 4<br>Buda, TX 78610 | 11 | 2,037.10 |
| Total | | 17,080.40 |

TX-10
(Rev'd 1/92)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARHIL MANUFACTURING, INC. | § | Case No. 89-13314-FM-7 |
| | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

## TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed. Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned trustee remits herewith his check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: August 21, 2009

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001

TX-10
(Rev'd 1/92)

# EXHIBIT "A"

Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Bettina M. Whyte<br>2715 Albans Rd.<br>Houston, TX 77005 | Admin. claim | 6,272.01 |
| Sipi Metals Corporation<br>American Credit Corp.<br>300 St. Paul Place, 4th Floor<br>Baltimore, Md 21202 | 1 | 3,959.26 |
| TCI Technical Coatings<br>P. O. Box 3337<br>Austin, Texas 78764 | 9 | 172.10 |
| Bruning<br>Dept. 2680, SCF<br>Pasadena, California 91051 | 12 | 367.04 |
| Wilson Oxygen<br>P. O. Box 3523<br>Austin, Texas 78764 | 13 | 1,293.05 |
| Stone Industrial Solvents<br>P. O.Box 14763<br>Austin, Texas 78761 | 15 | 96.64 |
| Bethlehem Steel Corporation ARCELOR MITTAL<br>Accounts Payable Division<br>Bethlehem, Pennsylvania 18015 | 18 | 1,467.05 |
| Elgin Precision Glass Co.<br>P. O. Box 91543<br>Chicago, Illinois 60693 | 22 | 1,209.74 |
| Lantana Source, Inc.<br>P. O. Box 180818<br>Austin, Texas 78717-O818 | 26 | 1,568.77 |
| Total: | | 16,405.66 |

*Handwritten annotations: FAX, E-MAIL, PRAXP LVM, E-MAIL, MAIL, Belva J. Toombs-indrq*