**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF THE STATE OF TEXAS**

| | |
|---|---|
| **IN RE:** | ) |
| **Marhil Manufacturing, Inc. and AFTAB Partnership,** | ) **Case No. 89-13314** |
| | ) **(Chapter 7)** |
| **DEBTOR** | ) |

FILED
OCT 0 6 2009
U.S. BANKRUPTCY COURT
BY EL DEPUTY

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Lantana Source, Inc. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,568.77. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347. Belva June Toombs is the President/Owner of Lantana Source, Inc.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Lantana Source, Inc.
(FID# 1 74 2478300 3 )

By: ____________________
J. Armstrong Duffield
3855 S. Boulevard, Suite 200
Edmond, OK 73013
(405) 341-9001

## CERTIFICATE OF MAILING

I hereby certify that on October 1, 2009 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Frost Bank Plaza
816 Congress, Suite 1000
Austin, TX 78701

J. Armstrong Duffield

LIMITED POWER OF ATTORNEY

Lantana Source, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints J Armstrong Duffield, 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

ONLY to recover cash or cash equivalents specifically arising from a bankruptcy that belong to the Principal, in the amount of $1,568.77 and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 1st day of September, 2009

PRINCIPAL:
Lantana Source, Inc.,
Tax ID# 1-74-2478300-3
By: Belva Jane Toombs-Indig
Title: President - Owner

Principal's Address:

6733 Shadow Crest Dr.
Plano, TX 75093
(972) 820-0239

AFFIX CORPORATE SEAL

If corporate Seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
That the undersigned hereby says under oath that the corporate seal for this corporation is unavailable

By: Belva Jane Toombs-Indig

ACKNOWLEDGMENT

STATE OF Texas )

COUNTY OF Collin )

Before me a Notary Public, in and for said County and State on this 1st day of September, 2009 personally appeared Belva Toombs-Indig to me known to be the identical person who subscribed his/her name to the foregoing instrument as its Drivers Licence, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
5-1-2010

[signature]
Notary Public

NOTARY PUBLIC STATE OF TEXAS
TAMRA WHITTER
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-01-2010

TX-10
(Rev'd 1/92)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MARHIL MANUFACTURING, INC.** | § | **Case No. 89-13314-FM-7** |
| | § | |
| | § | |
| | § | |
| **Debtor(s).** | § | |

**TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS**

More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed. Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned trustee remits herewith his check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: August 21, 2009

/s/ RANDOLPH N. OSHEROW

RANDOLPH N. OSHEROW, Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001

TX-10
(Rev'd 1/92)

**EXHIBIT "A"**

Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| Bettina M. Whyte<br>2715 Albans Rd.<br>Houston, TX 77005 | Admin. claim | 6,272.01 |
| Sipi Metals Corporation<br>American Credit Corp.<br>300 St. Paul Place, 4th Floor<br>Baltimore, Md 21202 | 1 | 3,959.26 |
| TCI Technical Coatings<br>P. O. Box 3337<br>Austin, Texas 78764 | 9 | 172.10 |
| Bruning<br>Dept. 2680, SCF<br>Pasadena, California 91051 | 12 | 367.04 |
| Wilson Oxygen<br>P. O. Box 3523<br>Austin, Texas 78764 | 13 | 1,293.05 |
| Stone Industrial Solvents<br>P. O.Box 14763<br>Austin, Texas 78761 | 15 | 96.64 |
| Bethlehem Steel Corporation<br>Accounts Payable Division<br>Bethlehem, Pennsylvania 18015 | 18 | 1,467.05 |
| Elgin Precision Glass Co.<br>P. O. Box 91543<br>Chicago, Illinois 60693 | 22 | 1,209.74 |
| Lantana Source, Inc.<br>P. O. Box 180818<br>Austin, Texas 78717-O818 | 26 | 1,568.77 |
| Total: | | 16,405.66 |




Susan Combs Texas Comptroller of Public Accounts



Taxable Entity Search Results

# Officers and Directors

LANTANA SOURCE INC

Return to: Taxable Entity Search Results

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

| Title: | Name and Address: | Expiration/Resignation Date: |
|---|---|---|
| *P* | **B J TOOMBS**<br>13497 RESEARCH BLVD #400<br>AUSTIN , TX 78750 | |
| *DIRECTOR* | **B J TOOMBS**<br>13497 RESEARCH BLVD #400<br>AUSTIN , TX 78750 | |

Texas Online | Statewide Search from the Texas State Library | State Link Policy | Texas Homeland Security
**Susan Combs**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans